## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT HANIXMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **BENJAMIN HARLESS and HONDA LLC** | : | NO. 23-782 |

### ORDER

**NOW**, this 21st day of August, 2023, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

_____
TIMOTHY J. SAVAGE, J.